# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KENYATTA SOBEASR CLINCY,

        Plaintiff,

v.

GUST PETROPOULOS, DANIEL P. THOMPSON, and GRANT I. HUEBNER,

        Defendants.

Case No. 18-CV-1093-JPS

**ORDER**

        On September 12, 2018, Defendant Grant I. Huebner filed a motion to dismiss this action against him. (Docket #13). He asserted that this action is barred by the statute of limitations and that, as a state government official, he is protected by various forms of immunity. (Docket #14). Plaintiff's response to the motion was due on or before October 3, 2018. Civ. L. R. 7(b). That date has long since passed and no response has been received. The Court will, therefore, grant the motion as unopposed. Civ. L. R. 7(d).

        Accordingly,

        **IT IS ORDERED** that Defendant Grant I. Huebner's motion to dismiss (Docket #13) be and the same is hereby **GRANTED**; and

        **IT IS FURTHER ORDERED** that Defendant Grant I. Huebner be and the same is hereby **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin, this 16th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge