AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT
FILED

2018 SEP -7 A 8: 55

U.S. MARSHAL
MILWAUKEE, WI

KENYATTA SOBEASR CLINCY
2018 NOV 26
_____
Plaintiff
STEPHEN C. DRIES
PETROPOULOS, et al
_____
Defendant

)
)
)   Civil Action No. 18-CV-1093
)
)
)

2018 NOV 23 P 3

## WAIVER OF THE SERVICE OF SUMMONS

To:   KENYATTA SOBEASR CLINCY
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   10/19/2018  , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 11/19/2018

_____
Gust Petropoulos
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

Naomi E. Gehling
*Printed name*

200 E. Wells Street, Suite 800
Milwaukee, WI 53202
*Address*

ngehli@milwaukee.gov
*E-mail address*

(414) 286-2621
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>KENYATTA SOBEASR CLINCY | COURT CASE NUMBER<br>18-CV-1093 |
| DEFENDANT<br>PETROPOULOS, et al | TYPE OF PROCESS<br>Notice, Waiver, Order, Complaint |

*2018 SEP -7 A 8:55 U.S. MARSHAL MILWAUKEE WI*

**SERVE AT**

NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gust Petropoulos

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Detective, Milwaukee Police Department, 3rd District

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kenyatta Sobeasr Clincy
163887
Kettle Moraine Correctional Institution
Inmate Mail/Parcels
PO Box 282
Plymouth, WI 53073-0282

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
KENYATTA SOBEASR CLINCY
☒ PLAINTIFF
☐ DEFENDANT

DATE: 8/31/2018

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 89
District to Serve No. 89
Signature of Authorized USMS Deputy or Clerk: *Heather Vaccaro*
Date: 09/26/2018

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Service Fee | Total Mileage Charges (Including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 0 | 0 | $8.00 | $8.00 | 0 | $8.00 | 0 |

REMARKS: 26 September 2018 — mailed to ∆
11 October 2018 — packet returned to sender; ∆ is retired; no longer with MPD
19 October 2018 — re-mailed to home address
23 November 2018 — Waiver of Service received by USMS

FORM-USM-285 (Rev. 12/15/80)

1. CLERK OF THE COURT    2. USMS RECORD    3. NOTICE OF SERVICE    4. ACKNOWLEDGMENT OF RECEIPT